IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

RAUL WOODARD,

                      Plaintiff,

     v.

WAL-MART CORPORATION,

                    Defendant.

ORDER

11-cv-660-slc

_____

      In an order entered in this case on October 7, 2011, I directed plaintiff Raul Woodard to pay, no later than October 31, 2011, $175 of the $350 fee for filing this case. Now plaintiff has filed a letter requesting an extension of time to submit the $175 payment, or in the alternative, to waive the filing fee, *see* dkt. 6.

      In his letter, plaintiff states that he has expenses such as doctor bills, but he does not provide additional information or documentation for the court to consider. While I will not waive the $175 initial partial filing fee assessed in this case, I will grant plaintiff's request for an extension of time to make his payment. Plaintiff's deadline to pay the $175 filing fee will extended to November 22, 2011. When the $175 payment is received, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915(e)(2) to determine whether one or more claims must be dismissed as frivolous or malicious, for failure to state a claim on which relief may be granted or because plaintiff is seeking money damages from a defendant who is immune from such relief.

ORDER

      IT IS ORDERED that plaintiff Raul Woodard's request for an extension of time, dkt. #6, is GRANTED and the deadline within which plaintiff is to pay the $175 payment of the filing fee is extended to November 22, 2011. If, by November 22, 2011, plaintiff fails to submit the

required payment or show cause of his failure to do so, then the court will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff filing his case at a later date.

Entered this 2nd day of November, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge